IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:22-CR-00060-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL ELLIOT KOHN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Ian T. Murphy and Gregory P. Bailey]" (Docs. 46 and 47) filed February 28, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to the Government, counsel for the Defendant and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: March 3, 2023

David S. Cayer
United States Magistrate Judge