IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:22-CR-00060-KDB-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL ELLIOT KOHN ) | |
| DAVID SHANE SIMMONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss Count Twenty-Three of the Indictment without prejudice. (Doc. No. 60) . The Defendants have no objection to this Motion. Accordingly, the Court will grant the Government's Motion.

**IT IS THEREFORE ORDERED** that the Government's Motion, Doc. No. 60, is **GRANTED** and Count Twenty- Three of the Indictment is **DISMISSED** without prejudice.

SO ORDERED

Signed: June 5, 2023

Kenneth D. Bell
United States District Judge