IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
5:22-CR-00060-1-KDB-SCR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL ELLIOT KOHN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit" for Joseph DiRuzzo. (Doc. No. 113). For the reasons set forth therein, the Motion is granted.

The Clerk is directed to send copies of this Order to the Government, counsel for the Defendant, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Susan C. Rodriguez
United States Magistrate Judge