# Colleen Ranahan

## Internal Revenue Agent

## **Education**

- August 2008          Southern NH University          Manchester, NH
    - Graduate Certificate – Forensic Accounting and Fraud Examination
- May 2007          Southern NH University          Manchester, NH
    - Masters of Business Administration
- December 2005          Southern NH University          Manchester, NH
    - Bachelor of Science - Accounting
- Various          Internal Revenue Service
    - On the job training
        - Expert Witness Training
        - Special Enforcement Program Training
        - Revenue Agent 1040
        - Revenue Agent Corporate
        - Revenue Agent Flow Thru Entities
        - Continuing Professional Education

## **Experience**

**Special Enforcement Program Agent**                                                                     Sept 2014 - Present

Assist criminal investigation on grand jury cases. Work with US Attorney's office and Department of Justice tax division on preparing a criminal case for grand jury and/or trial. Assist in investigations of income tax returns filed by individuals, small businesses, organizations and other entities directed toward that segment of the population who derives substantial income from either legal or illegal activities and intentionally understate their tax liability. Review and reconcile source documents to prepare detailed schedules of tax due & owing.

- Testified in jury trial as expert witness
- Testified in jury trial as summary witness
- Testified in Grand Jury

**Internal Revenue Agent / RGS Coordinator**                                                       March 2010 – August 2014

Assist revenue agents throughout the North Atlantic territory on complex tax computations using their adjustments and conclusions.

**Internal Revenue Agent**                                                                                            June 2006 – Feb 2010

Conduct examinations of entities including individuals, sole proprietorships, small corporations, partnerships, and fiduciaries that may involve a number of separate tasks or procedures. Use auditing techniques and practices to examine various tax returns, determine the correct tax liability, identify situations with potential for understated taxes, and to recognize potential fraud.

Examine accounting systems and records including computerized accounting and financial information systems which reflect a variety of complex financial operations. Gathers and researches data from a variety of sources, and/or specialized accounting practices unique to a particular trade or industry.

**Adjunct Professor / IRS instructor**                                                                             January 2008 - Present

Taught accounting classes including Introduction to Accounting, Intermediate Accounting, QuickBooks, and Auditing. Teach new hire training for Revenue Agent 1040, Revenue Agent 1120, RGS Software training, Special Enforcement Basic Training and Expert Witness Training.