UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 5:22-cr-60-KDB |
| | ) | |
| v. | ) | **PROPOSED VERDICT FORM** |
| | ) | |
| (1) MICHAEL ELLIOT KOHN | ) | **FILED** |
| (2) CATHERINE ELIZABETH CHOLLET | ) | Statesville, NC |
| a/k/a "Liza Chollet" | ) | |
| (3) DAVID SHANE SIMMONS | ) | APR 25 2024 |
| a/k/a "Shane Simmons" | ) | |
| | | Clerk, US District Court |
| | | Western District of NC |

1. As to Count One of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

    __✓__ **GUILTY**          _____ **NOT GUILTY.**

2. As to Count One of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

    __✓__ **GUILTY**          _____ **NOT GUILTY.**

3. As to Count One of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    __✓__ **GUILTY**          _____ **NOT GUILTY.**

4. As to Count Two of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

    __✓__ **GUILTY**          _____ **NOT GUILTY.**

5. As to Count Two of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

   ___✓___ GUILTY          _____ NOT GUILTY.

6. As to Count Two of the Bill of Indictment, we find the defendant **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

   ___✓___ GUILTY          _____ NOT GUILTY.

7. As to Count Three of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

   ___✓___ GUILTY          _____ NOT GUILTY.

8. As to Count Three of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

   ___✓___ GUILTY          _____ NOT GUILTY.

9. As to Count Three of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

   ___✓___ GUILTY          _____ NOT GUILTY.

10. As to Count Four of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

    ___✓___ GUILTY          _____ NOT GUILTY.

11. As to Count Four of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a Liza Chollet**

    ___✓___ **GUILTY**          _____ **NOT GUILTY.**

12. As to Count Four of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ___✓___ **GUILTY**          _____ **NOT GUILTY.**

13. As to Count Five of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

    ___✓___ **GUILTY**          _____ **NOT GUILTY.**

14. As to Count Five of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

    ___✓___ **GUILTY**          _____ **NOT GUILTY.**

15. As to Count Five of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ___✓___ **GUILTY**          _____ **NOT GUILTY.**

16. As to Count Six of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

    ___✓___ **GUILTY**          _____ **NOT GUILTY.**

17. As to Count Six of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

    ✓ **GUILTY**          _____ **NOT GUILTY.**

18. As to Count Six of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ✓ **GUILTY**          _____ **NOT GUILTY.**

19. As to Count Seven of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

    ✓ **GUILTY**          _____ **NOT GUILTY.**

20. As to Count Seven of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

    ✓ **GUILTY**          _____ **NOT GUILTY.**

21. As to Count Seven of the Bill of Indictment, we find the defendantM **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ✓ **GUILTY**          _____ **NOT GUILTY.**

22. As to Count Eight of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

    ✓ **GUILTY**          _____ **NOT GUILTY.**

23. As to Count Eight of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

   ___✓___ **GUILTY**          _____ **NOT GUILTY.**

24. As to Count Eight of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

   ___✓___ **GUILTY**          _____ **NOT GUILTY.**

25. As to Count Nine of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

   ___✓___ **GUILTY**          _____ **NOT GUILTY.**

26. As to Count Nine of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

   ___✓___ **GUILTY**          _____ **NOT GUILTY.**

27. As to Count Nine of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

   ___✓___ **GUILTY**          _____ **NOT GUILTY.**

28. As to Count Ten of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

   ___✓___ **GUILTY**          _____ **NOT GUILTY.**

29. As to Count Ten of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

    ✓ GUILTY          _____ NOT GUILTY.

30. As to Count Ten of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ✓ GUILTY          _____ NOT GUILTY.

31. As to Count Eleven of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

    ✓ GUILTY          _____ NOT GUILTY.

32. As to Count Eleven of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

    ✓ GUILTY          _____ NOT GUILTY.

33. As to Count Eleven of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ✓ GUILTY          _____ NOT GUILTY.

34. As to Count Twelve of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

    ✓ GUILTY          _____ NOT GUILTY.

35. As to Count Twelve of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

    ____✓____ GUILTY              _____ NOT GUILTY.

36. As to Count Twelve of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ____✓____ GUILTY              _____ NOT GUILTY.

37. As to Count Thirteen of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ____✓____ GUILTY              _____ NOT GUILTY.

38. As to Count Fourteen of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ____✓____ GUILTY              _____ NOT GUILTY.

39. As to Count Fifteen of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ____✓____ GUILTY              _____ NOT GUILTY.

40. As to Count Sixteen of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

    ____✓____ GUILTY              _____ NOT GUILTY.

41. As to Count Seventeen of the Bill of Indictment, we find the defendant, **DAVID SHANE SIMMONS, a/k/a "Shane Simmons"**

　　　　✓ **GUILTY**　　　　　　＿＿＿ **NOT GUILTY.**

42. As to Count Eighteen of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

　　　　✓ **GUILTY**　　　　　　＿＿＿ **NOT GUILTY.**

43. As to Count Nineteen of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

　　　　✓ **GUILTY**　　　　　　＿＿＿ **NOT GUILTY.**

44. As to Count Twenty of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

　　　　✓ **GUILTY**　　　　　　＿＿＿ **NOT GUILTY.**

45. As to Twenty-One of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

　　　　✓ **GUILTY**　　　　　　＿＿＿ **NOT GUILTY.**

46. As to Twenty-One of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

　　　　✓ **GUILTY**　　　　　　＿＿＿ **NOT GUILTY.**

8

47. As to Count Twenty-Two of the Bill of Indictment, we find the defendant, **MICHAEL ELLIOT KOHN**

    ✓ **GUILTY**        _____ **NOT GUILTY.**

48. As to Count Twenty-Two of the Bill of Indictment, we find the defendant, **CATHERINE ELIZABETH CHOLLET, a/k/a "Liza Chollet"**

    ✓ **GUILTY**        _____ **NOT GUILTY.**

SO SAY WE ALL, THIS 25 DAY OF April, 2024.